IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**EDWARD THEODORE RAY,**

    Plaintiff,

v.

**MAX WILLIAMS**, Director of Corrections, personally and professionally;
**RANDY GEER**, Central Mail Administrator, personally and professionally;
**GUY HALL**, Superintendent, TRCI, personally and professionally;
**V. WILSON**, Counselor/Mailroom Supervisor, personally and professionally;
and **ALECA NELSON**, Superintendent Exec. Assist., personally and professionally,

    Defendants.

CV 04-863-HU

ORDER

**EDWARD THEODORE RAY**
SID No. 14479916
Two Rivers Correctional Institution
82911 Beach Access Road
Umatilla, OR  97882

    Plaintiff, *Pro se*

1 - ORDER

**HARDY MYERS**
Attorney General
**LEONARD W. WILLIAMSON**
Senior Assistant Attorney General
Department of Justice
1162 Court Street N.E.
Salem, OR 97301
(503) 373-2147

      Attorneys for Defendants


**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#31) on March 24, 2005, in which he recommended the Court grant Defendants' Motion for Summary Judgment (#16), deny Plaintiff's Motion to Strike (#29), and decline to exercise supplemental jurisdiction over Plaintiff's state constitutional claims.  Plaintiff filed timely objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).  This Court has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and

2 - ORDER

Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#31) and, accordingly, **GRANTS** Defendants' Motion for Summary Judgment (#16), **DENIES** Plaintiff's Motion to Strike (#29), and declines to exercise supplemental jurisdiction over Plaintiff's state constitutional claims.

IT IS SO ORDERED.

Dated this 16th day of June, 2005.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3 - ORDER